**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Shenzhen Li Ying Electronic Technology Co., Ltd., | Case No. 2023-CV-00244 |
| Plaintiff, | Judge Hon. John Robert Blakey |
| v. | Mag. Hon. Jeffrey Cole |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**NOTIFICATION OF AFFILIATES**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Shenzhen Li Ying Electronic Technology Co., Ltd. ("Plaintiff" or "Shenzhen Li Ying"), by and through its undersigned counsel, states that the applicable affiliate is Guangzhou Huanma Technology Co., Ltd., located at #7, Guangbao Road, Huangpu District Guangzhou, Guangdong Province, China.

SHENZHEN LI YING ELECTRONIC TECHNOLOGY CO., LTD.

Date: January 18, 2023

By: /s/ Konrad Sherinian
An attorney for plaintiff

<u>Attorneys for Plaintiff</u>

Konrad Sherinian
E-Mail: ksherinian@sherinianlaw.net
Depeng Bi:
E-Mail: ebi@sherinianlaw.net
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone: (630) 318-2606
Facsimile: (630) 364-5825

<u>Attorneys for Plaintiff</u>

Konrad Sherinian
E-Mail: ksherinian@sherinianlaw.net
Depeng Bi:
E-Mail: ebi@sherinianlaw.net
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone: (630) 318-2606
Facsimile: (630) 364-5825