# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Shenzhen Li Ying Electronic Technology Co., Ltd.

|  |  |
|---|---|
| | Plaintiff, |
| v. | Case No.: 1:23–cv–00244 |
| | Honorable John Robert Blakey |
| The Partnerships And Unincorporated Associations Identified On Schedule A, | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 20, 2023:

     MINUTE entry before the Honorable John Robert Blakey: Based upon the materials submitted, this Court grants Plaintiff's motion for leave to file under seal [18] and motion for leave to file excess pages [8]. The Court takes Plaintiff's ex parte motion for entry of a temporary restraining order [6] under advisement. If Plaintiff wants the Court to consider the motion on its merits, it must submit a proposed order consistent with this Court's standing order. The Court also reminds Plaintiff that all motions must be noticed for presentment; the Court will strike any future motions not so noticed. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.