# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shenzhen Li Ying Electronic Technology Co., Ltd.

                        Plaintiff,

v.

The Partnerships And Unincorporated Associations Identified On Schedule A,, et al.

                        Defendant.

Case No.: 1:23−cv−00244

Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 1, 2023:

    MINUTE entry before the Honorable John Robert Blakey: By stipulation [85], the Court hereby dismisses this case with prejudice as to Defendants bestwh_2019 (No. 139); elepart−replace2017 (No. 151); us_bigsaleshop (No. 19); vaseflower268 (No. 104); Benefitup (No. 121); Nbbaauto (magnetstock) (No. 145); xinyi−001 (No. 108); ye87ra113 (No. 127); us_topmall (dc_bigshop1) (No. 154); enjoywh_2020 (No. 143); gardenhomeseller (No. 142); fur−better001 (dazone01) (No. 41); gardenhomeseller (No. 62); weareontheway (No. 122); Syusdeal (safeshuu) (No. 146); elitestore20 (No. 50); vpackwell4u (No. 42); Unitskysky (No. 65); crazymall89 (No. 95); grace4world (No. 16); Milkeyworld (No. 35); Passionteam (No. 24); 2fast2easy4you (No. 51); Uksalesqueen (No. 48); itemmountain999 (No. 17); and morningjade (No. 6). In light of the dismissal, the Court denies as moot Defendants' motion to vacate [56]. Plaintiff shall file a status report by 5/31/23 proposing next steps as to any remaining Defendants; if no Defendants remain, Plaintiff shall so advise, and the Court will close the case. Mailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.