# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Shenzhen Li Ying Electronic Technology Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 23-CV-00244 <br><br> HON. Judge John Robert Blakey <br><br> HON. Mag. Judge Jeffrey Cole |

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS IDENTIFIED IN FIRST AMENDED SCHEDULE A

Plaintiff Shenzhen Li Ying Electronic Technology Co., Ltd. ("Shenzhen Li Ying" or "Plaintiff") hereby moves this Court for entry of a Default and Default Judgment against certain Defendants identified in the First Amended Schedule A. The identified defendants have been served more than 21 days prior and have not filed an answer or other pleading in this matter through counsel or otherwise.

Plaintiffs file herewith a Memorandum of Law in support.

SHENZHEN LI YING ELECTRONIC TECHNOLOGY CO., LTD.,

Date:  May 5, 2023                                              By:   /s/ Konrad Sherinian
                                                                           An attorney for plaintiff

Attorneys for Plaintiff

Konrad Sherinian
E-Mail:  ksherinian@sherinianlaw.net
Depeng (Edward) Bi
E-Mail:  ebi@sherinianlaw.net
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone:  (630) 318-2606
Facsimile:  (630) 364-5825