## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shenzhen Li Ying Electronic Technology Co., Ltd.

Plaintiff,

v.

Case No.:
1:23−cv−00244

Honorable John
Robert Blakey

The Partnerships And Unincorporated Associations
Identified On Schedule A,, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 10, 2023:

  MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 5/10/2023. Defendants failed to appear and failed to notify Chambers of any scheduling conflicts. Plaintiff's motion for default judgment [87] is taken under advisement. On or before the close of business on 5/10/2023, counsel shall submit a proposed order consistent with this Court's standing orders. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.