# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shenzhen Li Ying Electronic Technology Co., Ltd.

                                          Plaintiff,

v.                                                          Case No.: 1:23−cv−00244

                                                              Honorable John Robert Blakey

The Partnerships And Unincorporated Associations Identified On Schedule A,, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 11, 2023:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Plaintiff's motion [87] for default judgment as to the Defendants listed on the First Amended Schedule A. Enter Order. With the entry of this order, all matters in dispute are now resolved. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.